UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 01-31130
Summary Calendar
_____


BARBARA M. JACKSON,

        Plaintiff-Appellant


VERSUS

EXXON MOBIL CORPORATION,

        Defendant-Appellee


_____

Appeal from the United States District Court
For the Middle District of Louisiana
(99-CV-864-D)
_____
March 18, 2002


Before DeMOSS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Barbara M. Jackson, a current ExxonMobil employee who has
worked in an administrative/clerical role for the company since
1980, asserts racial discrimination and retaliation claims against
ExxonMobil for violations of Title VII and 42 U.S.C. § 1981.  Ms.

---

    [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Jackson complains of approximately 33 separate employment actions. Her complaints can be generally categorized as claims for (i) job erosion; (ii) elimination of overtime; (iii) attendance, performance, and miscellaneous issues; and (iv) failure to transfer or promote her to other jobs on numerous occasions.

The district court granted summary judgment in favor of ExxonMobil on all Jackson's claims. Ms. Jackson appealed the district court's rulings.

After considering the record excerpts and briefs, we hereby AFFIRM for the reasons stated by the district court in its summary judgment orders of May 16 and August 21, 2001.

AFFIRMED.